UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal No. 09-360
: Hon. Dennis M. Cavanaugh
v. :
:
DAVID WOOTEN, :

      This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant David Wooten (Peter Willis, Esq., appearing), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from March 5, 2010 through April 30, 2010, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendants consent to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this       day of March, 2010

ORDERED that this action be, and it hereby is, continued from March 5, 2010 through April 30, 2010;

IT IS FURTHER ORDERED that the period from March 5, 2010 through April 30, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Complex Case Order dated June 18, 2009 is hereby amended as follows:

1. Defendants shall file pretrial motions on or before **March 19, 2010**;

2. The Government shall respond to such motions on or before **April 9, 2010**;

3. The return date for pretrial motions shall be **April 23, 2010**; and

4. Trial shall commence on **April 30, 2010** at 10:00 a.m.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

2